# EXHIBIT 1

Case: 1:23-cv-16563 Document #: 1-1 Filed: 12/06/23 Page 2 of 11 PageID #:21

US00D859788S

(12) **United States Design Patent**   (10) **Patent No.:**   **US D859,788 S**
Speciale et al.   (45) **Date of Patent:**   ** **Sep. 17, 2019**

(54) **ENLARGED OVER-GARMENT WITH AN ELEVATED MARSUPIAL POCKET**

(71) Applicant: **Cozy Comfort Copmany LLC**, Cave Creek, AZ (US)

(72) Inventors: **Brian Speciale**, Cave Creek, AZ (US); **Michael Speciale**, Cave Creek, AZ (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/617,421**

(22) Filed: **Sep. 13, 2017**

(51) **LOC (12) Cl.** ............................................. **02-02**

(52) **U.S. Cl.**
USPC ..................................................... **D2/828**

(58) **Field of Classification Search**
USPC ........ D2/828, 839, 731, 742, 750, 724, 728, D2/840, 847, 999, 771, 782, 791, 829, D2/831, 857, 706–708, 732, 751–753, D2/830, 832–838, 848, 853; D5/53, 55, D5/59, 61; D29/101.3; 2/77, 84–86, 93, 2/108, 115; D3/285
CPC ........... A41C 3/0057; A41C 3/08; A41C 3/12; A41D 1/18; A41D 13/0007; A41D 13/0015; A41D 13/0017; A41D 3/00; A41D 3/02; A41D 3/04
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

3,837,006 A   9/1974   Laseman
D728,900 S *   5/2015   White .............................. D2/750
(Continued)

*Primary Examiner* — Wan Laymon

*Assistant Examiner* — Mark Booker

(74) *Attorney, Agent, or Firm* — Thomas W. Galvani, P.C.; Thomas W. Galvani

(57) **CLAIM**

The ornamental design for an enlarged over-garment with an elevated marsupial pocket, as shown and described.

**DESCRIPTION**

FIG. **1** is a front elevation view of an enlarged over-garment with an elevated marsupial pocket shown in accordance with our new design, as worn by a person shown in broken line in a standing position;

FIG. **2** is a top perspective view of the enlarged over-garment with an elevated marsupial pocket shown in FIG. **1**;

FIG. **3** is a bottom perspective view of the enlarged over-garment with an elevated marsupial pocket shown in FIG. **1**;

FIG. **4** is a front elevation view of the enlarged over-garment with an elevated marsupial pocket shown in FIG. **1**;

FIG. **5** is a rear elevation view of the enlarged over-garment with an elevated marsupial pocket shown in FIG. **1**;

FIG. **6** is a left side elevation view of the enlarged over-garment with an elevated marsupial pocket shown in FIG. **1**;

FIG. **7** is a right side elevation view of the enlarged over-garment with an elevated marsupial pocket shown in FIG. **1**;

FIG. **8** is a top plan view of the enlarged over-garment with an elevated marsupial pocket shown in FIG. **1**;

FIG. **9** is a bottom plan view of the enlarged over-garment with an elevated marsupial pocket shown in FIG. **1**; and,

FIG. **10** is a front perspective view of the enlarged over-garment with an elevated marsupial pocket shown in FIG. **1** as worn by a person, partially hidden, shown in broken line in a sitting fetal position.

The features shown in broken lines are for the purposes of showing environmental structure and form no part of the claimed design.

**1 Claim, 8 Drawing Sheets**



**US D859,788 S**

Page 2

(56)          **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D770,136 S | * | 11/2016 | Darmour | D2/828 |
| D784,659 S | * | 4/2017 | Darmour | D2/840 |
| D785,906 S | * | 5/2017 | Darmour | D2/731 |
| D787,160 S | * | 5/2017 | Crowe | D2/750 |
| D790,809 S | * | 7/2017 | Lomax | D2/828 |
| D810,401 S | * | 2/2018 | Darmour | D2/828 |
| D810,402 S | * | 2/2018 | Darmour | D2/828 |
| D811,051 S | * | 2/2018 | Darmour | D2/828 |
| D820,560 S | * | 6/2018 | Reynolds | D2/829 |
| D827,249 S | * | 9/2018 | Darmour | D2/728 |
| 2012/0005802 A1 | * | 1/2012 | Claeys | A41D 27/20 |
| | | | | 2/84 |
| 2014/0317824 A1 | | 10/2014 | Browning et al. | |

* cited by examiner



FIG. 1

Case: 1:23-cv-16563 Document #: 1-1 Filed: 12/06/23 Page 5 of 11 PageID #:24



FIG. 2



FIG. 3

Case: 1:23-cv-16563 Document #: 1-1 Filed: 12/06/23 Page 7 of 11 PageID #:26



FIG. 4



FIG. 5

Case: 1:23-cv-16563 Document #: 1-1 Filed: 12/06/23 Page 9 of 11 PageID #:28





*FIG. 6*                    *FIG. 7*



FIG. 8

FIG. 9



FIG. 10