# EXHIBIT 1

# Vuddie Oversized Blanket Hoodie Adult Green Fleece

**Brand:** The Grinch

4.7 ★★★★★ | 213 ratings | Search this page

**Currently unavailable.**
We don't know when or if this item will be back in stock.

## About this item

- The Grinch OVERSIZED BLANKET HOODIE - Snuggle up in this cosy The Grinch oversized blanket hoodie for adults. It has long sleeves, a hooded neck and a large pocket making it perfect for lounging.
- ONE SIZE SUITS MOST - The vuddie is one size that is suitable for most. The length measures 90cm and the 1/2 chest is 83cm.
- SUPER SOFT SHERPA FLEECE MATERIAL - The fluffy hoodie is made from 100% polyester for a super soft and comfortable feel.
- SCATTERED CHARACTER DESIGN - The pullover comes in black featuring an all-over print of the logo and character.
- OFFICIALLY LICENSED The Grinch MERCHANDISE - This clothing is 100% official merchandise and has a high-quality design and finish. To get the most out of this product please follow all wash and care label instructions before use.

Realistic Food Blanket, 300 GSM Double Sided, by Bnuittland... $17.97 -6% $16.97 ✓prime

**Currently unavailable.**
We don't know when or if this item will be back in stock.
Delivering to Chicago 60613 - Update location

Santa Does it High Funny Christmas Pullover Hoodie $31.99 ✓prime