EXHIBIT 2

ebay

Hi! Sign in or register   Daily Deals   Brand Outlet   Gift Cards   Help & Contact

Sell   Watchlist   My eBay

Shop by category

Search for anything   | All Categories |   Search

Back to home page   Clothing, Shoes & Accesso...   ...   Women's Clothing   Activewear   Hoodies & Sweatshirts

Share   Add to Watchlist

🏷 SAVE UP TO 40%   See all eligible items and terms



        

Have one to sell?  Sell now

## Oversized Hoodie Sweatshirt Blue Stonewashed Pullover Distressed Womens Size S

 Tristarthrift (1859)
99.4% positive   Seller's other items
Contact seller

**US $11.40**
or Best Offer
Was  US $19.00 ⓘ
Save US $7.60 (40% off)

Condition:  **Pre-owned**
"Excellent pre-owned condition!!!"

Sale ends in:  12h 2m

Size:  **S**

Buy It Now

Add to cart

Make offer

♡ Add to watchlist

**Breathe easy.** Returns accepted.

Shipping:   US $9.51 Expedited Shipping. See details
Located in: Hendersonville, Tennessee, United States

Delivery:   Estimated between **Sat, Feb 17** and **Fri, Feb 23** to 60616 ⓘ

Returns:   30 days returns. Buyer pays for return shipping. See details

Payments:

Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**



eBay Money Back Guarantee
Get the item you ordered or your money
back. Learn more

| About this item | Shipping, returns, and payments |
|---|---|

Report this item

Seller assumes all responsibility for this listing.

eBay item number:  115955682191

## Item specifics

| | |
|---|---|
| Condition | Pre-owned ⓘ |
| Seller Notes | "Excellent pre-owned condition!!!" |
| Pattern | Stonewashed |
| Sleeve Length | Long Sleeve |
| Closure | Pullover |
| Occasion | Activewear |
| Size | S |
| Garment Care | Machine Washable |
| Color | Blue |
| Sleeve Type | Casual Sleeve |
| Material | Cotton Blend |
| Fabric Type | Blended Fabric |
| Accents | Distressed |
| Vintage | No |
| Brand | Mossimo |
| Fit | Relaxed |
| Personalize | No |
| Size Type | Regular |
| Department | Women |
| Type | Hoodie |
| Style | Pullover |
| Theme | Classic, Athleisure |
| Features | Oversized |
| Season | Fall, Spring, Winter |
| Performance/Activity | Walking |

## Item description from the seller

Oversized Hoodie Sweatshirt Blue Stonewashed Pullover Distressed Edges Athleisure Classic

Women's Size Small

Excellent pre-owned condition!!!

Approximate Measurements:

Chest: 21.5" Flat Lay
Length: 26.5"



# Tristarthrift

**99.4%** Positive Feedback
**5.3K** items sold

Visit store

Contact

♡ Save seller

📅 Joined Jan 2017

## Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.9 |
| Reasonable shipping cost | 4.8 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

## Popular categories from this store

See all

Collectibles    Crafts    Entertainment Memorabilia    Cameras & Photo    Clothing, Shoes & Accessories

Computers/Tablets & Networki...    Toys & Hobbies    Dolls & Bears    Pet Supplies

## Seller feedback (1,833)

➕ c***4 (452) • Past month

Nice experience with seller Good communication, fast delivery, used item as described. Good used condition. Adorable thermal 🖼

Christmas Tree Patchwork Waffle Knit Thermal Top Womens Size S Blue Long Sleeve (#115213074113)

➕ y***x (876) • Past 6 months

Sweater arrived quickly and exactly as described. Strong communication. Would buy from this seller again

NHL Nashville Predators Quarter Zip Pullover Sweater Navy Blue Size Large Womens (#115481669679)

➕ 8***d (15) • Past 6 months

Well packaged, quick shipping, item is in immaculate condition, would highly recommend this seller !

Duluth Trading Shacket Shirt Jacket Colorful Plaid Quilted Lining Mens Size S (#115308074184)

See all feedback

SAVE UP TO **40%** ⓘ  See all eligible items →

40% Off Shoes Clothing Handbags Men Women Kids 40%
Marked down item price reflects all savings. Items provided by tristarthrift

All promotional offers from tristarthrift

See all

| | | | | |
|---|---|---|---|---|
| PINK Victorias Secret Full Zip Hoodie Jacket Size S Black Logo Back Lightweight | Jackson Hole J Crew Sweatshirt Gray Pullover Womens Size Large Long... | American Eagle Jegging Fit Hoodie Green Size XS Sherpa Lined Ahhmazingly... | American Giant Full Zip Hoodie Jacket Gray Marbled Womens Size L Heavyweig... | PINK Victorias Secret Full Zip Hoodie Sweatshirt Neon Love Pink Womens Size XS |
| Was: US $20.00 | Was: US $39.00 | Was: US $25.00 | Was: US $75.00 | Was: US $30.00 |
| Now: US $12.00 | Now: US $23.40 | Now: US $15.00 | Now: US $45.00 | Now: US $18.00 |

You can change quantities in your cart.

Back to home page                                                                                                    Return to top

More to explore :   Blue Regular Size S Hoodies & Sweatshirts for Women ,   Nike Pullover Hoodies & Sweatshirts for Women ,   Size S Blue Sweatshirts & Hoodies for Girls ,
Size S Blue Sweatshirts & Hoodies for Boys ,   Victoria's Secret Pullover Hoodies & Sweatshirts for Women ,   Vineyard Vines Pullover Hoodies & Sweatshirts for Women ,
Under armour Pullover Hoodies & Sweatshirts for Women ,   Blue Hoodies & Sweatshirts for Women ,   Victoria's Secret PINK Pullover Hoodies & Sweatshirts for Women ,
Under armour Size S Blue Sweatshirts & Hoodies for Boys

## Shop the Latest Sneakers

| Best Sellers | Recent Releases | Air Jordan | Yeezy | Top Brands |
|---|---|---|---|---|
| Jordan 1 Low OG Chinese New Year - Year Of The Dragon | Jordan 1 Low OG x Trophy Room Red Black | Jordan 1 | Yeezy Slide | New Balance |
| Jordan 1 Mid Black Royal Blue | Jordan 1 Low 85 Metallic Blue | Jordan 4 | Yeezy Foam RNNR | Gucci |
| Jordan 1 High Retro OG Yellow Ochre Black | Jordan 17 OG Low Lightning | Jordan 11 | Yeezy 700 | Vans |
| Nike ZoomX Invincible Run Flyknit 3 College Navy 2023 | Jordan 2 Low Python | Jordan 12 | Yeezy 350 | Skechers |
| Nike Air Force 1 '07 Low White Black | Jordan 6 Retro Mid Yellow Ochre | Jordan 13 | Yeezy 500 | Reebok |

About eBay     Announcements     Community     Security Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices     and  AdChoice

The Wayback Machine - https://web.archive.org/web/20131111085828/http://www.alibaba.com/showroom/ho…
Welcome

- [Buy](#)
  - [How to buy](#)
  - [Post Buying Requests](#)
  - [Download TradeManager](#)
- [Sell](#)
  - [Supplier Memberships](#)
  - [Add/Manage Products](#)
  - [New RFQs](#)
  - [Learning Center](#)
  - [Training Center](#)
- [Community](#)
  - [Trade Intelligence](#)
  - [Discussion Forums](#)
  - [Site Resources](#)
- **[My Alibaba](#)**
  - [My Favorites](#)
  - [Message Center](#)
  - [Display new products](#)
  - [Manage Products](#)
  - [Post Buying Requests](#)
  - [Download TradeManager](#)
  - [Premium Memberships](#)
- [Messages](#)
  - [No new notifications](#)
- [Help](#)
  - [Safety & Security Center](#)
  - [Suggestions](#)
  - [Contact Us](#)
  - [Submit a Complaint](#)
  - [Report IPR Infringement](#)
-

[Alibaba.com](#)
or [Post Buying Request](#)
Products

[Advanced Search](#)

Search

Related Searches:

[adult **hooded blanket**](#), [**hooded** fleece blanket](#), [kids **hooded blanket**](#) [More..](#)

# [Showroom](#) > [Textiles & Leather Products](#) > [Home Textile](#) > [Blanket](#) > hooded blanket: 1,130 Products found from 208 [Suppliers](#) + [Manufacturers](#)

- [Products](#)
- [Suppliers](#)Beta

Region: [More](More)

- ○ East Asia (1084)
- ○ South Asia (24)
- ○ Southeast Asia (6)
- ○ North America (8)

- ○ Middle East (1)
- ○ South America (6)

Country:

- [China (Mainland) (1067)](#)
- [India (21)](#)
- [United States (8)](#)
- [Japan (8)](#)

- [Australia (1)](#)
- [Ecuador (6)](#)
- [Hong Kong (5)](#)
- [Pakistan (3)](#)
- [Philippines (3)](#)
- [South Korea (2)](#)
- [Taiwan (2)](#)
- [Thailand (3)](#)
- [Turkey (1)](#)

Confirm Cancel
Sort by:
☐ Gold Supplier
☐ ☐

- Onsite Checked(Advanced)
- A&V Checked(Basic)

☐ Assessed Supplier
☐ Safe Transactions
View: List View [Gallery View](#)
Order Quantity _____
☐
☐ Online
 1 of 29 : Page
[More](#)
Customer who searched hooded blanket also searched: **[kitchen hood](#)** , **[leather hood](#)** , **[range hood](#)** , **[fleece blanket](#)** , **[fume hood](#)** , **[baby blanket](#)** , **[wool blanket](#)** , **[latex hood](#)** , **[polyester blanket](#)**


Coral fleece baby poncho/blanket with hood
☐ Compare

# [Coral fleece baby poncho/blanket with hood](#)

Min. Order: 2000 Pieces

Supply Ability: 1000 Piece/Pieces per Week

Tags: [Coral Fleece Baby Poncho/blanket With Hood](#) | [Baby Blanket](#) | [Baby Pancho](#)

[Contact Supplier](#)

[Aoyatex Co., Ltd.](#)

[Contact Details](#)

China (Mainland) 🪙 [Video](#)



☐ Compare

# [animal hood blanket](#)

Min. Order: 500 Units

FOB Price: US $4.5-9.8 / Unit

Supply Ability: 150000 Unit/Units per Month

Tags: [Animal Hood Blanket](#) | [Blanket](#) | [Hooded Blanket](#)

[Contact Supplier](#)

[Zhangjiagang Acoshine Hometextile Co., Ltd.](#)

[Contact Details](#)

China (Mainland) 🪙



☐ Compare

# [hooded blanket set](#)

Min. Order: 2000 Pieces

Supply Ability: 100000 Piece/Pieces per Month

Tags: [Blanket](#) | [Terry Hooded Towel Blanket](#) | [Hood Towel Blanket](#)

[Contact Supplier](#)

[Jinhua Ivy Home Textile Co., Ltd.](#)

[Contact Details](#)

China (Mainland) 🪙 [Video](#)



☐ Compare

# [soft baby hooded blanket](#)

Min. Order: 2000 Pieces

Supply Ability: 600,000 Piece/Pieces per Month

Tags: [Baby Hooded Blanket](#) | [Baby Blanket](#) | [Cotton Blanket](#)
[Contact Supplier](#)

[Shanghai Oriland Toys Co., Ltd.](#)

[Contact Details](#)

China (Mainland) 🟠 [Video](#)

[100% polyester baby blanket hood baby blanket](#)
☐ Compare

# [100% polyester baby blanket hood baby blanket](#)

Min. Order: 500 Pieces

FOB Price: US $1.75-2.3 / Piece

Supply Ability: 300000 Piece/Pieces per Month

Tags: [Baby Hooded Blanket](#) | [Fleece Blanket](#) | [Hoody Blanket](#)
[Contact Supplier](#)

[Jun Ao Accessories Co., Ltd.](#)

[Contact Details](#)

China (Mainland) 🟠

[Printing Bamboo Baby Muslin Swaddles/Hooded Blanket](#)
☐ Compare

# [Printing Bamboo Baby Muslin Swaddles/Hooded Blanket](#)

Min. Order: 1000 Pieces

FOB Price: US $2.0-5.0 / Piece

Tags: [Cotton Muslin Swaddle Blanket](#) | [Baby Blanket With Hood](#) | [Bamboo Fabric Baby Blanket](#)
[Contact Supplier](#)

[Yichang Lanqier Garment Co., Ltd.](#)

[Contact Details](#)

China (Mainland) 🟠
[View 8 similar products](#)
[Animal Hooded Blanket](#)
☐ Compare

# [Animal Hooded Blanket](#)

Min. Order: 500 Pieces

Tags: [Kids Hooded Blanket](#) | [Animal Head Blankets](#) | [Cheap Custom Design](#)

Contact Supplier

[Jiande Hailan Household Articles Co., Ltd.](#)

Contact Details

China (Mainland) 🟠

[baby hooded blanket,100x110cm,out side 100%cotton(pink),inside is pp cotton](#)
☐ Compare

# [baby hooded blanket,100x110cm,out side 100%cotton(pink),inside is pp cotton](#)

Min. Order: 200 Bags

FOB Price: US $5.2-5.5 / Bag

Supply Ability: 20000 Bag/Bags per Month

Tags: [Baby Blanket](#) | [Cotton Woven Baby Blanket](#) | [Baby Bedding](#)
Contact Supplier

[Yiwu QianTe Commodity Firm](#)

Contact Details

China (Mainland) 🟠

[AME Sleepwear Girls 2-6X Frog Hooded Blanket](#)
☐ Compare

# [AME Sleepwear Girls 2-6X Frog Hooded Blanket](#)

Min. Order: 2000 Pieces

FOB Price: US $0.9-2.2 / Piece

Supply Ability: 100000 Piece/Pieces per Month

Tags: [100% Polyester Knit](#) | [Wrappie](#) | [Plush And Sleepwear](#)
Contact Supplier

[Shaoxing County Yunchang Trading Co., Ltd.](#)

Contact Details

China (Mainland) 🟠


☐ Compare

# 2012 Hot Fleece Sofa Hooded Blanket

Min. Order: 500 Pieces

FOB Price: US $0.01-2.5 / Piece

Supply Ability: 500000 Piece/Pieces per Day

Tags: Hooded Blanket | Blanket With Hood | Hooded Poncho
Contact Supplier

Hangzhou Origin Branding Service Co., Ltd.

Contact Details

China (Mainland) 🪙
View 5 similar products



☐ Compare

# 100% bamboo fiber sky blue hooded baby bamboo blanket baby children hooded blanket

Min. Order: 1000 Pieces

FOB Price: US $0.3-3 / Piece

Supply Ability: 100 Ton/Tons per Month

Tags: Bamboo Blanket Baby | Children Blankets | Factory Suppliers
Contact Supplier

Shenqiu County Shuangfu Textile Co., Ltd.

Contact Details

China (Mainland) 🪙
View 30+ similar products



☐ Compare

# newest adult hooded blanket

Min. Order: 1000 Pieces

FOB Price: US $5.5-6.6 / Piece

Supply Ability: 1000 Piece/Pieces per Day

Tags: Blanket | Adult Blanket | Tv Blanket
Contact Supplier

Fuzhou Yage Trade Co., Ltd.

Contact Details

China (Mainland) 🪙
View 3 similar products
2013 latest fashion baby hood blanket
☐ Compare

# 2013 latest fashion baby hood blanket

Min. Order: 1000 Pieces

FOB Price: US $4.2-5 / Piece

Supply Ability: 1500 Piece/Pieces per Day

Tags: Baby Activity Blanket | Baby Blanket | Thin Baby Blanket
Contact Supplier

Jinhua Sandesica Home Textiles Co., Ltd.

Contact Details

China (Mainland) 🪙
View 3 similar products
Polyester printed fleece and wool double layers wearable adult hooded blanket
☐ Compare

# Polyester printed fleece and wool double layers wearable adult hooded blanket

Min. Order: 2000 Bags

FOB Price: US $2.5-3.4 / Bag

Supply Ability: 50000 Bag/Bags per Month

Tags: Adult Hooded Blanket | Adult Hooded Blanket | Adult Hooded Blanket
Contact Supplier

Shaoxing County Beifu Textile Co., Ltd.

Contact Details

China (Mainland) 🪙
View 10+ similar products
Plush Animla Hooded Blanket/Soft Coral Fleece Hooded Blanket
☐ Compare

# Plush Animla Hooded Blanket/Soft Coral Fleece Hooded Blanket

Min. Order: 1000 Pieces

FOB Price: US $2.2-3.4 / Piece

Supply Ability: 10,000 Piece/Pieces per Week

Tags: Hooded Blanket | Animla Hooded Blanket | Fleece Hooded Blanket

Contact Supplier

Yangzhou Dadong Craft Co., Ltd.

Contact Details

China (Mainland) 🪙

View 3 similar products


Rubbit Applique Embroidered Ant Fleece Baby Hooded Blanket

☐ Compare

# Rubbit Applique Embroidered Ant Fleece Baby Hooded Blanket

Min. Order: 1000 Pieces

FOB Price: US $2.0-3.5 / Piece

Supply Ability: 100000 Piece/Pieces per Month

Tags: Baby Hooded Blanket | Baby Blanket | Baby Blankets

Contact Supplier

Shaoxing Jinghaiman Knit And Garment Co., Ltd.

Contact Details

China (Mainland) 🪙 Video

View 5 similar products


Baby's hooded blanket

☐ Compare

# Baby's hooded blanket

Min. Order: 1000 Pieces

FOB Price: US $0.80-1.00 / Piece

Supply Ability: 1000 Piece/Pieces per Day

Tags: Hooded Fleece Blanket | Knitted Baby Blankets | Baby Hooded Blanket

Contact Supplier

Ningbo Native Produce Int'l Co., Ltd.

Contact Details

China (Mainland) 🪙

View 20+ similar products


Coral Fleece Baby Hooded Blanket

☐ Compare

## Coral Fleece Baby Hooded Blanket

Min. Order: 1.000 Pieces

FOB Price: US $1-4 / Piece

Supply Ability: 500.000 Piece/Pieces per Month

Tags: [Hooded Blanket](#) | [Toy Blanket](#) | [Animal Head Blanket](#)
[Contact Supplier](#)

[Qingdao Finetex Co., Limited.](#)

[Contact Details](#)

China (Mainland) 🪙
[View 4 similar products](#)
[Korea kids hooded blanket OEM China - GTH8411](#)
☐ Compare

## Korea kids hooded blanket OEM China - GTH8411

Min. Order: 360 Pieces

FOB Price: US $4.17-6.21 / Piece

Supply Ability: 100000 Piece/Pieces per Month

Tags: [Baby Hooded Blankets](#) | [Kids Sleep Blankets](#) | [Kids Pillow Blanket](#)
[Contact Supplier](#)

[TREE CO., LTD.](#)

[Contact Details](#)

South Korea 🪙
[Tigger Hooded Blanket for Baby - Personalizable](#)
☐ Compare

## Tigger Hooded Blanket for Baby - Personalizable

Min. Order: 600 Pieces

FOB Price: US $18-24 / Piece

Supply Ability: 500000 Piece/Pieces per Month

Tags: [Plush Blanket](#) | [Baby Blanket](#) | [2013 Hot Sale Polar Fleece Blanket](#)
[Contact Supplier](#)

[Shanghai Chuangzhi Craft & Gifts Co., Ltd.](#)

[Contact Details](#)

China (Mainland) 🟠

View 6 similar products

baby hooded blanket baby swaddle blanket snuggle baby blankets

☐ Compare

# baby hooded blanket baby swaddle blanket snuggle baby blankets

Min. Order: 1000 Pieces

FOB Price: US $3.3-4.5 / Kilogram

Supply Ability: 100000 Piece/Pieces per Month

Tags: Snuggle Baby Blankets | Baby Hooded Blanket | Baby Swaddle Blanket
Contact Supplier

Yiwu City Greatwarm Textile Co., Ltd.

Contact Details

China (Mainland) 🟠

View 4 similar products

China Factory Supply Hooded Blanket

☐ Compare

# China Factory Supply Hooded Blanket

Min. Order: 100 Pieces

FOB Price: US $3.99-14.99 / Piece

Supply Ability: 10000 Piece/Pieces per Day

Tags: Hooded Blanket | Acrylic Mink Blanket | Coral Baby Blanket
Contact Supplier

Jiaxing ABC Textile Co., Ltd.

Contact Details

China (Mainland) 🟠

View 4 similar products

Babyland Cotton Baby Hooded Blanket

☐ Compare

# Babyland Cotton Baby Hooded Blanket

Min. Order: 2000 Pieces

Supply Ability: 10000 Piece/Pieces per Month

Tags: Baby Hooded | Cotton Woven Baby Blanket | Plain White Cotton Baby Blankets
Contact Supplier

Shijiazhuang Gonghao Textile Co., Ltd.

Contact Details

China (Mainland) 🟠
adult hooded blanket
☐ Compare

# adult hooded blanket

Min. Order: 1000 Pieces

Supply Ability: 50000 Piece/Pieces per Month

Tags: Adult Hooded Blanket | Adults Wearable Blanket | Cozy Tv Blanket
Contact Supplier

Shaoxing Zhongqiuyue Garment Co., Ltd.

Contact Details

China (Mainland) 🟠
View 5 similar products
Elegant Baby Plush Microfiber Blankie - Hot Pinkadult hooded blanket adult hooded blanket
☐ Compare

# Elegant Baby Plush Microfiber Blankie - Hot Pinkadult hooded blanket adult hooded blanket

Min. Order: 500 Pieces

FOB Price: US $4.5-8.5 / Piece

Supply Ability: 200000 Piece/Pieces per Month

Tags: Adult Hooded Blanket | Super Velour Blanket | Blanket Storage Boxes
Contact Supplier

Suzhou Share Shine Textile & Toy Co., Ltd.

Contact Details

China (Mainland) 🟠
View 40+ similar products
Wholesale Micro Sherpa Fabric Warm Bedding Set China Home Textile Solid Printed Coral Fleece 100% Polyester Animal Hood Blanket
☐ Compare

# Wholesale Micro Sherpa Fabric Warm Bedding Set China Home Textile Solid Printed Coral Fleece 100% Polyester Animal Hood Blanket



**Baja Hoodie**

MexicanThreads
64 subscribers

Subscribe

🖒 10   👎   ↪ Share   ⬇ Download   ≡+ Save   •••

3.9K views  11 years ago
Free Shipping to the U.S. on all Baja Hoodies at
http://MexicanThreads.com ...more

 Etsy

https://www.etsy.com › market › blanket_hoodie ⋮

## Blanket Hoodie

      

Apr 7, 2014 — Check out our **blanket hoodie** selection for the very best in unique or custom, handmade pieces from our clothing shops.

4.7 ★ seller rating (347)

 Amazon.com
https://www.amazon.com › snuggie ⋮

# Snuggie



Sep 22, 2012 — Bedsure Wearable **Blanket Hoodie** Women - Long Sherpa Fleece Hooded Blanket for Teens Adult, Warm Cozy **Blanket Sweatshirt** with Giant Pocket and Belt, Winter Gifts ...

4.6 ★ seller rating (2.1K) · 30-day returns

eBay

https://www.ebay.com › ... › Sudaderas de Mujer ⋮

## [Full Body Warm] Oversized Blanket Hoodie, Long Sherpa ...

Jun 15, 2015 — Warm Thick Oversized Wearable Blanket - Are you still afraid to leave your thick quilt because of the cold?. With this **blanket sweatshirt**, ...

$43.60 · Out of stock



0 Items

Currency [USD ▾]

:: BLOGGER FAVORITES ::     :: TRENDS ::     :: SALE ::     :: BLOG ::     :: FEATURED DESIGNERS ::          [Search...]

Home  »  new arrivals  »  love my cat oversized hoodie

## love my cat oversized hoodie

★☆☆☆☆ 1 Review
$52.97 USD

*Size*
[S (Asian M) - $52.97 USD ▾]

[ Add to Cart ]

sku: 537824125470

by **Mori Girl**

This adorable hoodie features a pink layering of cat pattern with ears on the hood. With the extra-long design, you can simply pair it with leggings or tights during the winter.

:: large front pocket; ribbed edges
:: material: cotton

**Measurements (lying flat) in cm:**

| size (top) | shoulder | length | chest | sleeve |
|---|---|---|---|---|
| XS (Asian S) | 43 | 78 | 110 | 61 |
| S (Asian M) | 44 | 80 | 114 | 62 |
| M (Asian L) | 45 | 82 | 118 | 63 |

**:: size chart ::**

╔═══════════════════════════════╗
**Special code**

First order 15% off with code "neworder"

Returning customers redeem your coupon here

Easy return/exchange in the U.S.
╚═══════════════════════════════╝



1

Post
Save    Like    Share    Sign Up to see what your friends like.



**0 comments**

Sort by  Oldest

Add a comment...

Facebook Comments Plugin

Powered by

⭐☆☆☆☆  1 Review

⭐⭐⭐⭐⭐ (0)
⭐⭐⭐⭐☆ (0)
⭐⭐⭐☆☆ (0)
⭐⭐☆☆☆ (0)
⭐☆☆☆☆ (1)

✎ WRITE A REVIEW

**Reviews (1)**

M  **Melanie D.** Verified Buyer                                    06/14/17
⭐☆☆☆☆

10% off

**Was"the in stock !**
The product was marked available, and I purchased it, and receive 5 days later an email from them telling me it was sold out.

🔗 Share  |                                    Was This Review Helpful?  👍 0  👎 0

*More Cute Stuff*

about    press    rewards    contact & wholesale    shipping & returns    sizing    privacy policy

*Copyright © 2024 asian icandy*