UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COZY COMFORT COMPANY LLC, *Plaintiff*, v. THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTERNSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, *Defendants.* | Case No. 23-cv-16563 Honorable Andrea R. Wood Magistrate Judge Maria Valdez |

### DECLARATION OF CHRISTOPHER PILKINGTON

I, Christopher Pilkington, under penalty of perjury, declare and affirm that the following representations are true and correct to the best of my knowledge and belief:

1. I am over the age of eighteen (18) and, I am of sound mind.

2. I have personal knowledge of the matters contained within this declaration.

3. I am the Head of Finance of Premier P. Ltd, the owner of the Amazon store "Vanilla Underground," and I have worked for Premier P. Ltd for two years.

4. Premier P. Ltd, which has been in business since 2006, is located at Unit 5 Borman, Lichfield Road Industrial Estate, Tamworth, Staffordshire B79 7TA Great Britain.

5. Premier P. Ltd opened the Vanilla Underground Amazon store in January of 2014.

6. I am aware of Cozy Comfort Company LLC's claims against Vanilla Underground in the above-captioned lawsuit.

7. The Vanilla Underground Amazon store sells more than 6,000 products. Many of these products are licensed from established brand owners, such as Mattel Europa BV (for "Barbie" and Thomas the Tank Engine" product), Viacom International Inc. (for "Paramount", "Nickelodeon", "Paw Patrol", and "Baby Shark" products), Sega of America, Inc. (for "Sonic The Hedgehog" products), and Fluid World Ltd (for "Pusheen" products).

8. The item that the Plaintiff in the above-captioned lawsuit alleges was "infringing" was the "Vuddie Oversized Blanket Hoodie Adult Green Fleece" (ASIN BOBBBMFRN2T).

9. Since 2022, Vanilla Underground has sold several kinds of hooded sweatshirts and throw blankets.

10. Premier P. Ltd and Vanilla Underground were not aware of Plaintiff's alleged patent for oversized hooded sweatshirts with a front pocket until this lawsuit.

11. Premier P. Ltd and Vanilla Underground respect the intellectual property rights of third parties. In fact, Vanilla Underground has built its business on lawfully licensing such rights from third parties.

12. Vanilla Underground has has permanently ceased distributing, selling, offering for sale, manufacturing, and importing the Vuddie Oversized Blanket Hoodie Adult Green Fleece" (ASIN BOBBBMFRN2T) in the U.S. and will exercise diligence and caution in the future to ensure it does not sell any product arguably infringing in the future.

13. Vanilla Underground currently has $434,541.87 frozen in its Amazon account, and this amount increases by hundreds of thousands of dollars each month.

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated: February 13th, 2024

Tamworth, England

_____
Christopher Pilkington