**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| COZY COMFORT COMPANY LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTERNSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,<br><br>*Defendants.* | Case No. 23-cv-16563<br><br><br>Honorable Andrea R. Wood<br><br>Magistrate Judge Maria Valdez |

## DEFENDANT PREMIER P. LTD'S MOTION TO WITHDRAW MATTHEW R. GROTHOUSE AS COUNSEL OF RECORD

Defendant Premier P. Ltd. d/b/a Vanilla Underground ("Premier"), respectfully moves this Honorable Court to grant permission for Matthew R. Grothouse (Illinois #6304834) to withdraw as counsel of record in the above-captioned matter. Mr. Grothouse has left the employ of Ice Miller LLP and will no longer be representing Premier, who has consented to this motion. Premier will continue to be represented by the remaining undersigned counsel of record.

WHEREFORE, Premier P. Ltd. d/b/a Vanilla Underground respectfully requests that the Court grant the Motion to Withdraw Matthew R. Grothouse as counsel of Record.

Dated: September 5, 2024

Respectfully submitted,

/s/ *Thomas Rammer*

Brian Lum (Illinois # 6256315)
ICE MILLER LLP
200 West Madison St., Ste 3500, Chicago, IL 60606
Phone: (312) 726-8129
Email: brian.lum@icemiller.com

1

Thomas Rammer (Illinois #6297479)
ICE MILLER LLP
200 West Madison St., Ste 3500, Chicago, IL 60606
Phone: 312-705-6016
Email: tom.rammer@icemiller.com

*Counsel for Defendant Premier P. Ltd. d/b/a Vanilla Underground*

<u>**CERTIFICATE OF SERVICE**</u>

I certify that on the 5th day of September 2024, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system and all counsel of record will receive an electronic copy via the Court's CM/ECF system.

<u>*/s/ Thomas Rammer*</u>
Thomas Rammer