# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Cozy Comfort Company LLC

                                                                                                      Plaintiff,

v.                                                                                                                 Case No.: 1:23−cv−16563

                                                                                                                Honorable Andrea R. Wood

The Individuals, Corporations Limited Liability Companies, Partnerships, and Unincorporated Associations Identified in Schedule A to Complaint, et al.

                                                                                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 26, 2025:

      MINUTE entry before the Honorable Andrea R. Wood: Plaintiff has filed a motion to enforce its settlement agreement with Defendant QJQ Co. Ltd [233]. The Court set a date of 3/24/2025 for Defendant QJQ Co. Ltd to respond to the motion, yet no response has been filed. Accordingly, the Court takes Plaintiff's motion to enforce the settlement agreement under advisement as unopposed. Defendant QJQ Co. Ltd.'s motion to dismiss pursuant to Federal Rule of Civil Procedure, Rule 12(b)(6) [169] is denied without prejudice to renewal if Plaintiff's motion to enforce the settlement is denied and further proceedings are necessary. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.