IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COZY COMFORT COMPANY LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:23-cv-16563 |
| | ) |
| THE INDIVIDUALS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | ) Judge Andrea R. Wood |
| | ) |
| Defendants. | ) |

## ORDER

This action having been commenced by Plaintiff COZY COMFORT COMPANY LLC ("Plaintiff") against Defendant CozyLeep ("Defendant"), and Plaintiff and Defendant having resolved all claims between them arising from the allegations in the Complaint, IT IS HEREBY ORDERED:

(1) Pursuant to the parties' settlement agreement, Amazon.com, Inc. and/or Amazon Pay (collectively "Amazon") are ordered to transfer the restrained funds ("Account Funds") from Defendant's Account (Seller ID A3LGDG9SYJOFZB) to Plaintiff within two (2) business days of receipt of this Order.

(2) Upon Amazon's transfer of the Account Funds to Plaintiff pursuant to paragraph 1, Amazon shall remove any restraints that were placed on Defendant's Account pursuant to the Sealed Temporary Restraining Order [DE 29] and Preliminary Injunction Order [DE 173].

**IT IS SO ORDERED.**

DATED: April 30, 2025

_____
Andrea R. Wood
United States District Judge