IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COZY COMFORT COMPANY LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>    Defendants. | Case No.: 23-cv-16563<br><br>Judge Andrea R. Wood<br><br>Magistrate Judge Maria Valdez |

## PLAINTIFF'S MOTION TO CONTINUE STATUS CONFERENCE

Plaintiff Cozy Comfort ("Cozy" or "Plaintiff") hereby respectfully moves for a continuance of the telephonic Status Conference presently scheduled for May 9, 2025. The undersigned counsel has a last-minute and unavoidable conflict and is unable to attend the Status Conference.

Dated: May 8, 2025

Respectfully submitted,

**BOIES SCHILLER FLEXNER LLP**

*/s/ Samantha Parrish*
Samantha Parrish (NDIL No. 318681)
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
(213) 995-5715
sparrish@bsfllp.com

*Attorney for Plaintiff for Cozy Comfort Company LLC*