# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Cozy Comfort Company LLC

                                                                       Plaintiff,

v.                                                                          Case No.: 1:23−cv−16563

                                                                            Honorable Andrea R. Wood

The Individuals, Corporations Limited Liability Companies, Partnerships, and Unincorporated Associations Identified in Schedule A to Complaint, et al.

                                                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 9, 2025:

      MINUTE entry before the Honorable Andrea R. Wood: Plaintiff's motion to continue status conference [247] is granted. Telephonic status hearing set for 5/9/2025 is stricken and reset for 5/16/2025 at 9:45 AM. Defendant Zhang Dong's motion for an order to show cause [246] will be heard at the hearing set for 5/16/2025. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. The call−in number is (650) 479−3207 and the access code is 1808131170. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.