


# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| COZY COMFORT COMPANY LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:23-cv-16563 |
| | ) |
| THE INDIVIDUALS, AND | ) Judge Andrea R. Wood |
| UNINCORPORATED ASSOCIATIONS | ) |
| IDENTIFIED ON SCHEDULE "A", | ) Magistrate Judge Maria Valdez |
| | ) |
| Defendants. | ) |

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO REPLY TO THIRD PARTY AMAZON.COM, INC.'S RESPONSE [263]

Defendant Zhang Dong, operating under the trade name CozyLeep on Amazon.com ("Defendant"), seeks to extend the time to file a Reply to third-party Amazon.com, Inc.'s Response ("Amazon") [Dkt. 263], by a period of seven (7) additional days to July 31, 2025. In support of this request, Defendant states as follows:

On June 25, 2025, Defendant filed their Motion for Contempt and Sanctions ("Defendant's Motion"). [Dkt. 255].

On June 27, 2025, the Court set a briefing schedule on Defendant's Motion requiring Amazon's Response to be filed by July 9, 2025, and Defendant's Reply to be filed by July 11, 2025. [Dkt. 257].

Subsequently, Amazon requested and the Court granted Amazon's Motion for Extension of Time and provided Amazon until July 16, 2025 to file its Response and Defendant until July 23, 2025 to file their Reply. [Dkts. 260, 262].

Federal Rules of Civil Procedure, Rule 6(b)(1) states that "When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires."

The opinion of *McCann v. Cullinan* set forth the standard:

"Consequently, under Rule 6, when a party seeks an extension of time, the court may extend the time if good cause is shown. Fed.R.Civ.P. 6(b)(1). But Rule 6 differentiates between requests for extensions made before the time has expired and requests made after the time has expired. If the request is made before the time has expired, then only good cause must be shown. Under Rule 6, 'good cause' is not a high standard. *Ahanchian v. Xenon Pictures, Inc.,* 624 F.3d 1253, 1259 (9th Cir.2010) (good cause is a non-rigorous standard)." 2015 WL 4254226 *7 (N.D. Ill. July 14, 2015).

Defendant requires additional time to properly reply to Amazon's Response. Here, the deadline for Defendant to respond had not elapsed at the time the request to extend was filed; therefore, the "good cause" standard applies.

Amazon's counsel has informed Defendant that Amazon does not oppose the extension of time sought by Defendant to file their Reply.

Defendant's requested extension of time is not brought for any improper purpose, but solely for the stated reasons.

**WHEREFORE**, for the above and foregoing reasons, Defendant respectfully requests that the Court enter an Order extending the deadline for Defendant to file their Reply by 7 days, until July 31, 2025, and adjourn the telephonic motion hearing presently scheduled for July 31, 2025 to a date convenient to the Court.

Dated: July 23, 2025    Respectfully submitted,

*/s/ Zhang Dong*

**ZHANG DONG**
zheyifangzhi@outlook.com
1-3-35, Jinshan 4th Branch
RoadLiangxi District, Wuxi,
Jiangsu
214000, China

***Defendant CozyLeep (DOE 13)***